| | |
|---|---|
| 1 | Andrea Darrow Smith, Esq. (SBN: 265237) |
| | andrea@westcoastlitigation.com |
| 2 | Robert L. Hyde, Esq. (SBN: 227183) |
| | bob@westcoastlitigation.com |
| 3 | Joshua B. Swigart, Esq. (SBN: 225557) |
| 4 | josh@westcoastlitigation.com |
| | **HYDE & SWIGART** |
| 5 | 4129 Main Street, Suite B8 |
| | Riverside, CA 92501 |
| 6 | Telephone:   (619) 784-7770 |
| 7 | Facsimile:    (619) 297-1022 |

Attorneys for Kara Espinosa

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KARA ESPINOSA,**<br><br>                      PLAINTIFF,<br><br>v.<br><br>**NEWPORT CAPITAL RECOVERY GROUP II, LLC; KENOSIAN & MIELE, LLP,**<br><br>                      DEFENDANTS. | **Case No:** 3:11-CV-2971 MMA (POR)<br><br>**PLAINTIFF'S NOTICE OF REQUEST FOR VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE AS TO DEFENDANT NEWPORT CAPITAL RECOVERY GROUP II, LLC, AND DEFENDANT KENOSIAN & MIELE, LLP PURSUANT TO F.R.C.P. 41(a)**<br><br>**HON. MICHAEL M. ANELLO** |

Plaintiff KARA ESPINOSA (hereinafter "Plaintiff") hereby moves to dismiss this action against Defendants NEWPORT CAPITAL RECOVERY GROUP II, AND KENOSIAN & MIELE, LLP (hereinafter "Defendants") (and jointly hereinafter referred to as "the Parties") with prejudice.

Plaintiff respectfully requests the action be dismissed WITH PREJUDICE as to Defendants NEWPORT CAPITAL RECOVERY GROUP II, AND KENOSIAN & MIELE, LLP.

Dated: March 8, 2012                                  **HYDE & SWIGART**

/s Andrea Darrow Smith
Andrea Darrow Smith
Attorneys for Plaintiff